

RECEIVED
IN LAKE CHARLES, LA
NOV 14 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| MICHAEL D. MARLIN | CIVIL ACTION NO. 06-1017-LC |
| VS. | SECTION P |
| MS. FONTENOT | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. 1915(e)(2).

**IT IS ALSO ORDERED** that plaintiff's claims arising under the FTCA be **DISMISSED WITH PREJUDICE** as same is barred by the § 2680(c) exception of the FTCA.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 13 day of NOV, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE